BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiffs
CRUISER SHIPPING PTE LTD. and
UNIVERSAL NAVIGATION PTE LTD.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRUISER SHIPPING PTE LTD. and
UNIVERSAL NAVIGATION PTE LTD.,

        Plaintiffs,

-against-

SUNDERSONS LTD. and MILAN NIGERIA
LTD.,

        Defendants.
------------------------------------------------------------X

07 CIV 4036

**RULE 7.1 STATEMENT**

JUDGE KOELTL



RECEIVED
MAY 23 2007
U.S.D.C. S.D. N.Y
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiffs, CRUISER SHIPPING PTE LTD. and UNIVERSAL NAVIGATION PTE LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
       May 23, 2007

                        BROWN GAVALAS & FROMM LLP
                        Attorneys for Plaintiffs
                        CRUISER SHIPPING PTE LTD. and
                        UNIVERSAL NAVIGATION PTE LTD.

By: _____
    Peter Skoufalos (PS-0105)
    355 Lexington Avenue
    New York, New York 10017
    212-983-8500