BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiffs
CRUISER SHIPPING PTE LTD. and
UNIVERSAL NAVIGATION PTE LTD.
355 Lexington Avenue
New York, New York 10017
212-983-8500

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRUISER SHIPPING PTE LTD. and
UNIVERSAL NAVIGATION PTE LTD.,                    07 CV 4036 (JGK)

                          Plaintiffs,

          -against-

SUNDERSONS LTD., MILAN NIGERIA LTD.
AND SIMRAN MEHER LTD.,

                          Defendants.
------------------------------------------------------------X

## AMENDED EX PARTE ORDER FOR
## PROCESS OF MARITIME ATTACHMENT

**WHEREAS**, on June 20, 2007, Plaintiffs, CRUISER SHIPPING PTE LTD. and

UNIVERSAL NAVIGATION PTE LTD., filed an Amended Verified Complaint herein

for damages amounting to $417,614.40, inclusive of interest, costs and reasonable

attorney's fees, and praying for the issuance of Process of Maritime Attachment and

Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain

Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

**WHEREAS**, the Process of Maritime Attachment and Garnishment would

command that the United States Marshal or other designated process server attach any

and all of Defendants' property within the District of this Court; and

**WHEREAS,** the Court has reviewed the Verified Complaint and the supporting

*and the Affidavit in support of the Original Order of Attachment*

Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

ORDERED, that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the Defendants by any garnishees within this district, including but not limited to American Express Bank, Ltd.; ABN-AMRO Bank; Mashreq Bank; Standard Chartered PLC; Bank of America; BNP New York; Bank of New York; J.P. Morgan Chase; Citibank; Bank of China and Wachovia Bank, which are believed to be due and owing to the Defendants in an amount up to and including $417,614.40 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and section 8 of the United States Arbitration Act, 9 U.S.C. § 8; and it is further

ORDERED that, in addition to the United States Marshal, Process of Attachment and Garnishment may be served by any individual over 18 years old who is not a party in the case; and it is further

ORDERED that the following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile or e-mail transmission to each garnishee; and it is further

ORDERED that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

ORDERED that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the court, be entitled to a prompt hearing at which the Plaintiffs shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application from Plaintiffs without further Order of the Court; and it is

further

**ORDERED** that a copy of this Order be attached to and served with said Process

of Maritime Attachment and Garnishment.

Dated: New York, New York
     June $26$ , 2007

SO ORDERED:

U.S.D.J.

**SUPPLEMENTAL**               **07 CV 4036 (JGK)**

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Southern District of New York (or designated process server)

GREETINGS:

WHEREAS an Amended Verified Complaint has been filed in the United States District Court for the Southern District of New York on the 20th day of June, 2007, by

CRUISER SHIPPING PTE LTD. and
UNIVERSAL NAVIGATION PTE LTD.,

Plaintiffs,

-against-

SUNDERSONS LTD., MILAN NIGERIA
PTE LTD. and SIMRAN MEHER LTD.,

Defendants.

In a certain action for breach of maritime contract wherein it is alleged that there is due and owing from the Defendants to the said Plaintiffs the amount of $417,614.40 and praying for the process of maritime attachment and garnishment against the Defendants SUNDERSONS LTD., MILAN NIGERIA PTE LTD. and SIMRAN MEHER LTD.

WHEREAS, this process is issued pursuant to such prayer and requires that garnishees shall serve their answers, together with answers to any interrogatories served with the Verified Complaint, within 20 days after service of process upon them and requires that the Defendants shall serve their answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW, THEREFORE, we do hereby command you that if said Defendants cannot be found within the District, pursuant to federal Supplemental Rule for Admiralty and Maritime Proceedings B, you garnish and attach goods and chattels up to the amount sued for, $417,614.40; and if such property cannot be found that you attach money, accounts, bunkers, goods and chattels or credits and effects of Defendants up to the amount sued for, $417,614.40, in the hands of or under the control or custody of : American Express Bank Ltd., ABN-AMRO Bank, Mashreq Bank; Standard Chartered PLC; Bank of America, BNP New York, HSBC Bank, Bank of New York, J.P. Morgan Chase, Citibank, Bank of China and Wachovia Bank which are believed to be due and owing to the Defendants, to wit: property including moneys or accounts owned by Defendants, owed to Defendants, or alleged to be owed to Defendants, deposits, letters of credit, funds, credits, bills of lading, electronic funds transfer or other assets or property in whatever form of SUNDERSONS LTD., MILAN NIGERIA LTD. and SIMRAN MEHER

LTD., and that you promptly after the execution of this process, file the same in this Court with your return thereon.

WITNESS, the Honorable <u>Kimba M. Wood</u>, Judge of said Court, this $\partial$ day of June, 2007.

By: _____
Clerk

By: _____
Deputy Clerk

Attorneys for Plaintiffs:

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiffs
CRUISER SHIPPING PTE LTD. and
UNIVERSAL NAVIGATION PTE LTD.
355 Lexington Avenue
New York, New York 10017
212-983-8500