# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Jose Manuel Ramirez, being duly sworn, deposes and says:

1. That he is an employee in the office of BROWN GAVALAS & FROMM LLP attorneys herein.

2. That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Bronx, New York.

3. That on September 6, 2007, he served the within copies of **AMENDED EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT, AMENDED SUPPLEMENTAL PROCESS OF MARITIME ATTACHMENT AND SECOND AMENDED VERIFIED COMPLAINT** by delivering the same personally to the persons and at the addresses indicated:

Michael Antonivich
Bank of America
c/o Law Firm of Zeichner, Ellman & Krause LLP
575 Lexington Avenue, 10th Floor
New York, NY

B. Kiefhaber
American Express Bank Ltd.
General Counsel's Office
200 Vesey Street (7 World Trade Center)
Mail Drop 01-49-05
New York, NY

_____
JOSE MANUEL RAMIREZ

Sworn to before me
this 10th day of September 2007

_____
Notary Public

DONALD P. BLYDENBURGH
Notary Public, State of New York
No. 01BL6065999
Qualified in Suffolk County
Term Expires March 16, 2010