Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
CRUISER SHIPPING PTE LTD. and
UNIVERSAL NAVIGATION PTE LTD.,

       Plaintiff,     07 CIV 4036 (JGK)

  -against-

SUNDERSONS LTD., MILAN NIGERIA LTD., ANSWER OF GARNISHEE
SIMRAN MEHER LTD. and VELECHHA STANDARD CHARTERED BANK IN
HOLDINGS LIMITED,       RESPONSE TO MARITIME
       Defendants.   ATTACHMENT AND GARNISHMENT
-------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process of Maritime Attachment and Garnishment, as initially served upon garnishee STANDARD CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter; garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its verified answer does hereby state that on the date of service upon garnishee of another copy of the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in its possession or custody owing or belonging to the defendants, except for the following wire

transfer which has been restrained pending further court order pursuant to the aforesaid Process of Maritime Attachment and Garnishment:

| | |
|---|---|
| Transaction Reference: | 20070911-00050971 |
| Sender Reference Number: | 091107272623 |
| Wire Transfer Request Received (NY): | September 11, 2007 |
| Value Date: | September 11, 2007 |
| Amount of Wire: | US$836,077.50 |
| Amount Restrained: | US$417,614.40 |
| Originator: | **Milan Nigeria Ltd** |
| Originator's Bank: | Platinumhabib Bank PLC |
| | Plot 707 Adeola Hopewell Street |
| | Lagos, NG |
| Beneficiary: | Midlands Century Foods LLC |
| Beneficiary Bank: | Standard Chartered Bank |
| | Treasury |
| | Al Mankhool Road |
| | Dubai U.A.E. |

Dated:   New York, New York
         October 4, 2007

KRAVET & VOGEL, LLP

By: _____
    Joseph A. Vogel (JV-5533)
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634
*Attorneys for Garnishee Standard Chartered Bank*

TO:   Brown Gavalas & Fromm LLP
      355 Lexington Avenue
      At 55 Broadway
      New York, New York 10017
      (212) 983-8500

      *Attorneys for Plaintiffs*

## VERIFICATION

STATE OF NEW YORK         )
                                              )ss.:
COUNTY OF NEW YORK    )

    DANIEL URBINA, being duly sworn, deposes and states as follows: I am a Senior Legal Advisor, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

                                                                         DANIEL URBINA

Sworn to before me this
04 day of October 2007

_____
Notary Public

JOHANNA G. VARGAS-Terrero
NOTARY PUBLIC, State of New York
No. 01VA6127634
Qualified in Bronx County
Commission Expires May 31, 2009

#1089                                                       3