BLANK ROME, LLP
Attorneys for Defendant
MILAN NIGERIA LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRUISER SHIPPING PTE LTD. and UNIVERSAL NAVIGATION PTE LTD., <br><br> Plaintiff, <br><br> -against- <br><br> SUNDERSONS LTD., MILAN NIGERIA LTD., IMRAN MEHER LTD. and VALECHHA HOLDINGS LIMITED, <br><br> Defendants. | 07 Civ. 4036 (JGK) <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant MILAN NIGERIA LTD. ("Defendant"), certifies that, according to information provided to counsel by its client, Defendant is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:   New York, New York
         November 15, 2007

                                     BLANK ROME, LLP
                                     Attorneys for Plaintiff
                                     MILAN NIGERIA LTD.

                                     By _____THBel_____
                                           Thomas H. Belknap, Jr. (TB-3188)
                                     The Chrysler Building
                                     405 Lexington Ave.
                                     New York, NY 10174-0208
                                     (212) 885-5000