BLANK ROME, LLP
Attorneys for Defendant MILAN NIGERIA LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRUISER SHIPPING PTE LTD. and UNIVERSAL NAVIGATION PTE LTD., <br><br> Plaintiffs <br><br> -against- <br><br> SUNDERSONS LTD., MILAN NIGERIA LTD., SIMRAN MEHER LTD. and VALECHHA HOLDINGS LIMITED, <br><br> Defendants | 07 CV 4036 (JGK) |

### NOTICE OF MOTION FOR COUNTERSECURITY

PLEASE TAKE NOTICE that upon the Affidavit of Thomas H. Belknap, Jr., dated November 14, 2007, Defendant's Memorandum of Law, and all prior pleadings and papers on file in this action, and pursuant to Rule E(7) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Defendant Milan Nigeria Ltd., will move before the Honorable John G. Koeltl on the 7th day of December, 2007, or as soon thereafter as counsel may be heard, for an Order requiring Plaintiffs Cruiser Shipping Pte. Ltd. and Universal Navigation Pte. Ltd to provide countersecurity in the amount of $158,472.73 to Defendant Milan in respect of its counterclaim in this matter.

128426.00601/6590818v.1

PLEASE TAKE FURTHER NOTICE that Plaintiffs' response brief shall be served on or before November 30, 2007 and Defendant's reply shall be served by December 7, 2007.

Dated: New York, NY
      November 15, 2007

                          Respectfully submitted,
                          BLANK ROME, LLP
                          Attorneys for Defendant/Counterclaim-Plaintiff
                          MILAN NIGERIA LIMITED

                          By _____
                               Thomas H. Belknap, Jr. (TB 3188)
                          The Chrysler Building
                          405 Lexington Ave.
                          New York, NY  10174-0208
                          (212) 885-5000

128426.00601/6590818v.1