

BLANK ROME LLP
COUNSELORS AT LAW

Phone:   (212) 885-5270
Fax:     (917) 332-3795
Email:   TBelknap@BlankRome.com

*RECEIVED NOV 14 2007 CHAMBERS OF JUDGE JOHN G. KOELTL*

*USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11/15/07*

November 13, 2007

*Briefing Schedule approved. Argument scheduled for 12/21/07 at 10:00 A.M. SO Ordered. [signature] U.S.D.J.*

**BY HAND**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

Re:   Cruiser Shipping PTE Limited, et al. v. Sundersons Ltd., et al.
      07 Civ. 4036 (JGK)
      Our Ref. No. 128426-00601

Dear Judge Koeltl:

We represent Defendant Milan in the above-referenced matter. The claim involves a maritime attachment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims. Defendants intend to move pursuant to Fed. R. Civ. P. E (7)(a) to compel Plaintiffs to post counter-security in respect of their counterclaims in the London arbitration in respect of which Plaintiffs have sought and obtained security in this matter. The parties have agreed to a briefing schedule, subject to the approval of this Court, and respectfully request that the Court adjourn the status conference in this matter currently scheduled for November 19, 2007 at 4:00 p.m. until a date after the motion has been fully briefed.

Specifically, the parties have agreed that Defendants' main brief will be filed by November 14, 2007, Plaintiff's opposition will be filed by November 30, 2007 and Defendants' reply will be filed by December 7, 2007. This schedule was agreed to accommodate counsel's travel plans and also the Thanksgiving holiday. Assuming this schedule is acceptable to the