# EXHIBIT "3"

Page 2

CODE NAME : 'CONGENBILL' EDITION 1994

C 1.2
B/L No.

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

C . 99

**Shipper**
AMR CHAND JAGDISH KUMAR (EXPORTS) LTD.,
12/14 LIBASPUR ROAD,
SAMEYPUR, DELHI - 110 042.
INDIA.

**Consignee**
GURANTY TRUST BANK PLC.
PLURAL HOUSE, PLOT 1669,
OYIN JOLAYEMI STREET,
VICTORIA ISLAND, LAGOS,
NIGERIA.

**Notify address**
MILAN NIGERIA LIMITED,
52A, KOFO ABAYOMI STREET,
VICTORIA ISLAND, LAGOS, NIGERIA

**Vessel**: M.V. CRUISER
**Port of loading**: KAKINADA PORT, INDIA
**Port of discharge**: TINCAN ISLAND SEA PORT, LAGOS

1st ORIGINAL

**Shipper's description of goods**

2,000 MT OF
INDIAN LONG GRAIN PARBOILED RICE (NON - BASMATI,
100 PERCENT SORTEXED)

PACKING
PACKED IN NEW SINGLE POLYPROPLYLENE BAGS
OF 25 KILOS NET EACH HAVING WEIGHT OF MINIMUM
080 GRAMS WITH 4-INCH WINDOWS ON BOTH SIDES
WITH BUYERS MARKS.

BAGS MARKS : [QA]
FORM M NO.MF 0846929 BA 068/20062050043,
LC NO.I20506008U
PROFORMA INVOICE NO.NSIL/050606-B DATED 28/10/2005.

'FREIGHT PAYABLE AS PER CHARTER PARTY'

**Gross weight**: 2006.400 MT

**NET WEIGHT**: 2000.000 MT

**NUMBER OF BAGS**: 80,000 BAGS

CLEAN ON BOARD

(of which NIL on deck at Shipper's risk, the Carrier not
being responsible for loss or damage however arising)

Freight payable as per
CHARTER-PARTY dated............04/06/06

FREIGHT ADVANCE
Received on account of freight :

Time used for loading ............ days ............ hours

SHIPPED at the port of Loading apparent good order and condition
on board the Vessel for carriage to the Port of Discharge or so near
there to as she may safely get the goods specified above.

Weight, measure quality quantity, conditions, contents and value
unknown.

In witness where of the Master or agent of the said vessel has signed
the number of Bills of Lading indicated below all of this tenor and
date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

**Freight payable at**

**Number of original Bs/L**: 3 (THREE)

**Place and date of issue**: KAKINADA, INDIA  12.09.2006

**Signature**:
FOR AND ON BEHALF OF THE MASTER
M.V. CRUISER
CAPT. MOHAMMAD IQBAL
For Interocean Shipping (India) Pvt. Ltd.,
As Agents Only


Received

23

Page 2

CODE NAME : 'CONGENBILL' EDITION 1994

**C 1.2**
B/L No.

Shipper

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

C - 20

AMIR CHAND JAGDISH KUMAR (EXPORTS) LTD.,
12/14 LIBASPUR ROAD,
SAMEYPUR, DELHI - 110 042,
INDIA

Consignee
GURANTY TRUST BANK PLC,
PLURAL HOUSE, PLOT 1669,
OYIN JOLAYEMI STREET,
VICTORIA ISLAND, LAGOS,
NIGERIA.



Notify address

MILAN NIGERIA LIMITED,
52A, KOFO ABAYOMI STREET,
VICTORIA ISLAND, LAGOS, NIGERIA

Vessel: M.V.CRUISER
Port of loading: KAKINADA PORT, INDIA
Port of discharge: TINCAN ISLAND SEA PORT, LAGOS

**1st ORIGINAL**

Shipper's description of goods

3,000 MT OF
INDIAN LONG GRAIN PARBOILED RICE (NON - BASMATI,
100 PERCENT SORTEXED)

PACKING :
PACKED IN NEW SINGLE POLYPROPLYLENE BAGS
OF 50 KILOS NET EACH HAVING WEIGHT OF MINIMUM
160 GRAMS WITH 4-INCH WINDOWS ON BOTH SIDES
WITH BUYERS MARKS.

BAGS MARKS : UNIVERSAL
FORM M NO.MF 0648828 BA 058/20062050043.
LC NO.I20508008U
PROFORMA INVOICE NO.NBIL/050606-B DATED 26/10/2005

' FREIGHT PAYABLE AS PER CHARTER PARTY '

Gross weight
3009.600 MT

**NET WEIGHT**
3000.000 MT

**NUMBER OF BAGS**
60,000 BAGS

**CLEAN ON BOARD**

(of which  NIL  on deck at Shipper's risk, the Carrier not being responsible for loss or damage however arising)

| Freight payable as per CHARTER-PARTY dated............04/08/06 | SHIPPED at the port of Loading apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near there to as she may safely get the goods specified above. |
| --- | --- |
| FREIGHT ADVANCE Received on account of freight : | Weight, measure, quality quantity, conditions, contents and value unknown. |
| Time used for loading ............... days ............... hours | In witness where of the Master or agent of the said vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue KAKINADA , INDIA  12.80.2006 |
| Number of original B/L | Signature |
| 3 (THREE) | FOR AND ON BEHALF OF THE MASTER M.V. CRUISER CAPT. MOHAMMAD IQBAL For Interocean Shipping (India) Pvt. Ltd., As Agents Only |



24

CODE NAME: 'CONGENBILL' EDITION 1994

Page 2

C 1.2
B/L No.

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

C - 12

**Shipper**
SATYAM BALAJEE RICE INDUSTRIES PVT. LTD.
13, DHILLON COMPLEX,
JAWAHAR NAGAR,
RAIPUR, CHHATISGARH
INDIA

**Consignee**
GURANTY TRUST BANK PLC.
PLURAL HOUSE, PLOT 1669,
OYIN JOLAYEMI STREET,
VICTORIA ISLAND, LAGOS,
NIGERIA.

**Notify address**
CONTI AGRO NIGERIA LIMITED,
52A, KOFO ABAYOMI STREET,
VICTORIA ISLAND, LAGOS, NIGERIA

**Vessel**: M.V.CRUISER
**Port of loading**: KAKINADA PORT, INDIA
**Port of discharge**: PORT HARCOURT MAIN PORT, NIGERIA.

1st ORIGINAL

**Shipper's description of goods**
1,400 METRIC TONS OF
INDIAN LONG GRAIN PARBOILED RICE. NON BASMATI,
100 PERCENT SORTEXED

**Gross weight**
1404.480 MT

**PACKING:**
PACKED IN NEW SINGLE POLYPROPLYLENE BAGS
OF 50 KILOS NET EACH HAVING WEIGHT OF MINIMUM
160 GRAMS WITH 4-INCH WINDOWS ON BOTH SIDES
WITH BUYERS MARKS.

**NET WEIGHT**
1400.000 MT

**NUMBER OF BAGS**
28,000 PP BAGS

**BAGS MARKS:** [CA]
FORM M NO.MF 1057627 BA/055/20052052155
LC NO.IZ0506626U
PROFORMA INVOICE NO.PIAR/32/2006 DATED 24/07/2006

CLEAN ON BOARD

' FREIGHT PAYABLE AS PER CHARTER PARTY '

(of which    NIL    on deck at Shipper's risk, the Carrier not
being responsible for loss or damage however arising)

**Freight payable as per CHARTER-PARTY dated**............04/05/06

SHIPPED at the port of Loading apparent good order and condition
on board the Vessel for carriage to the Port of Discharge or so near
there to as she may safely get the goods specified above.

**FREIGHT ADVANCE**
Received on account of freight:

Weight, measure quality quantity, conditions, contents and value
unknown.

In witness where of the Master or agent of the said vessel has signed
the number of Bills of Lading indicated below all of this tenor and
date, any one of which being accomplished the others shall be void.

**Time used for loading**............days............hours

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

**Freight payable at**

**Place and date of issue**
KAKINADA, INDIA   12.06.2006

**Number of original B/L**
3
(THREE)

**Signature**
FOR AND ON BEHALF OF THE MASTER
M.V. CRUISER
CAPT. MOHAMMAD IQBAL
For Interocean Shipping (India) Pvt. Ltd.,

As Agents Only

27

Page 2

C 1.2
B/L No.

CODE NAME : 'CONGENBILL' EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

C - 14

**Shipper**
SATYAM BALAJEE RICE INDUSTRIES PVT. LTD.
13, DHILLON COMPLEX,
JAWAHAR NAGAR,
RAIPUR, CHHATISGARH
INDIA

**Consignee**
GURANTY TRUST BANK PLC.
PLURAL HOUSE, PLOT 1669,
OYIN JOLAYEMI STREET,
VICTORIA ISLAND, LAGOS,
NIGERIA

**Notify address**

MILAN NIGERIA LIMITED,
52A, KOFO ABAYOMI STREET,
VICTORIA ISLAND, LAGOS, NIGERIA



**Vessel**: M.V.CRUISER
**Port of loading**: KAKINADA PORT, INDIA
**Port of discharge**: TINCAN ISLAND SEAPORT, LAGOS

1st ORIGINAL

**Shipper's description of goods**

2,000 MT OF
INDIAN LONG GRAIN PARBOILED RICE (NON - BASMATI,
100 PERCENT SORTEXED)

PACKING :
PACKED IN NEW SINGLE POLYPROPYLENE BAGS
OF 50 KILOS NET EACH HAVING WEIGHT OF MINIMUM
160 GRAMS WITH 4-INCH WINDOWS ON BOTH SIDES
WITH BUYERS MARKS.

BAGS MARKS : CRYSTAL
FORM M NO.MF 0649629 BA/058/20082050043.
LC NO.I20606006U
PROFORMA INVOICE REFERENCE NO.NBIL/050606-8 DATED 28/10/2005

'FREIGHT PAYABLE AS PER CHARTER PARTY'

**Gross weight**
2006.400 MT

**NET WEIGHT**
2000.000 MT

**NUMBER OF BAGS**
40,000 PP BAGS

CLEAN ON BOARD



NIL
(of which             on deck at Shipper's risk, the Carrier not
being responsible for loss or damage however arising)

**Freight payable as per CHARTER-PARTY dated** .................... 04/03/06

**FREIGHT ADVANCE**
Received on account of freight :

....................................................................

Time used for loading ............... days ............... hours

SHIPPED at the port of Loading apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near there to as she may safely get the goods specified above.

Weight, measure quality quantity, conditions, contents and value unknown.

In witness where of the Master or agent of the said vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

**Freight payable at**

**Number of original B/L**
3
(THREE)

**Place and date of issue**
KAKINADA , INDIA   12.00.2006

**Signature**
FOR AND ON BEHALF OF THE MASTER
M.V. CRUISER
CAPT. MOHAMMAD IQBAL

For Interocean Shipping (India) Pvt. Ltd.,

As Agents Only



30

Page 2

C 1.2
B/L No.

CODE NAME : 'CONGENBILL' EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

C - 20

| Shipper | |
|---|---|
| SATYAM BALAJEE RICE INDUSTRIES PVT. LTD.<br>13, DHILLON COMPLEX,<br>JAWAHAR NAGAR,<br>RAIPUR, CHHATISGARH<br>INDIA | |
| **Consignee**<br>GURANTY TRUST BANK PLC,<br>PLURAL HOUSE, PLOT 1669,<br>OYIN JOLAYEMI STREET,<br>VICTORIA ISLAND, LAGOS,<br>NIGERIA. |  |
| **Notify address**<br>MILAN NIGERIA LIMITED,<br>52A, KOFO ABAYOMI STREET,<br>VICTORIA ISLAND, LAGOS, NIGERIA | |
| **Vessel** M.V.CRUISER | **Port of loading** KAKINADA PORT, INDIA |
| **Port of discharge** | TINCAN ISLAND SEAPORT, LAGOS |

1st ORIGINAL

| Shipper's description of goods | Gross weight |
|---|---|
| 800 BAGS<br>2 PERCENT OF EMPTY SPARE BAGS SUPPLIED<br>FREE OF CHARGE | **NET WEIGHT**<br>0.128 MT<br><br>CLEAN ON BOARD |

* FREIGHT PAYABLE AS PER CHARTER PARTY *

NIL
(of which ............ on deck at Shipper's risk, the Carrier not being responsible for loss or damage however arising)

| Freight payable as per<br>CHARTER-PARTY dated................04/08/06 | SHIPPED at the port of Loading apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near there to as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE<br>Received on account of freight : | Weight, measure quality quantity, conditions, contents and value unknown. |
| ........................................................................... | In witness whereof the Master or agent of the said vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
| Time used for loading ................ days ................ hours | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| | **Freight payable at** | **Place and date of issue**<br>KAKINADA, INDIA  12.06.2006 |
| | **Number of original Bs/L**<br>3<br>(THREE) | **Signature**<br>FOR AND ON BEHALF OF THE MASTER<br>M.V. CRUISER<br>CAPT. MOHAMMAD IQBAL<br>For Interocean Shipping (India) Pvt. Ltd.,<br><br>As Agents Only |

Received

34

CODE NAME : 'CONGENBILL EDITION 1994                                       C 1.2
                                                                           B/L No.
**Shipper**                           **BILL OF LADING**
                                      TO BE USED WITH CHARTER PARTIES
AMIR CHAND JAGDISH KUMAR (EXPORTS) LTD.,                                   C - 12
12/14 LIBASPUR ROAD,
SAMEYPUR, DELHI - 110 042,
INDIA

**Consignee**
GURANTY TRUST BANK PLC,
PLURAL HOUSE, PLOT 1669,
OYIN JOLAYEMI STREET,
VICTORIA ISLAND, LAGOS,
NIGERIA

**Notify address**

MILAN NIGERIA LIMITED,
52A, KOFO ABAYOMI STREET,
VICTORIA ISLAND, LAGOS, NIGERIA

                                                                1st ORIGINAL

**Vessel**              **Port of loading**
M.V.CRUISER              KAKINADA PORT, INDIA
**Port of discharge**    TINCAN ISLAND SEA PORT, LAGOS

**Shipper's description of goods**                              **Gross weight**

1200 BAGS
2 PERCENT OF EMPTY SPARE BAGS SUPPLIED                          NET WEIGHT
FREE OF CHARGE                                                  0.192

                                                                CLEAN ON BOARD
                                                                [INTEROCEAN SHIPPING KAKINADA stamp]

'FREIGHT PAYABLE AS PER CHARTER PARTY'

                     NIL
            (of which ........ on deck at Shipper's risk, the Carrier not
            being responsible for loss or damage however arising)

| Freight payable as per | SHIPPED at the port of Loading apparent good order and condition |
| CHARTER-PARTY dated..........04/08/06 | on board the Vessel for carriage to the Port of Discharge or so near |
| | there to as she may safely get the goods specified above. |
| FREIGHT ADVANCE | Weight, measure quality quantity, conditions, contents and value |
| Received on account of freight : | unknown. |
| | In witness whereof the Master or agent of the said vessel has signed |
| | the number of Bills of Lading indicated below all of this tenor and |
| | date, any one of which being accomplished the others shall be void. |
| Time used for loading ........ days ........ hours | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| **Freight payable at** | **Place and date of issue** |
| | KAKINADA., INDIA   12.08.2006 |
| **Number of original B/L** | **Signature** |
| 3 | FOR AND ON BEHALF OF THE MASTER |
| (THREE) | M.V. CRUISER |
| | CAPT. MOHAMMAD IQBAL |
| | For Interocean Shipping (India) Pvt. Ltd., |
| | As Agents Only |

Received
[signature]
[VISHWA SHIPPING SERVICES KAKINADA stamp]

26

CODE NAME : 'CONGENBILL' EDITION 1994

Page 2

C 1,2
B/L. No.

Shipper

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

C - 11

AMIR CHAND JAGDISH KUMAR (EXPORTS) LTD.,
12/14 LIBASPUR ROAD,
SAMEYPUR, DELHI - 110 042,
INDIA

Consignee

GURANTY TRUST BANK PLC,
PLURAL HOUSE, PLOT 1669,
OYIN JOLAYEMI STREET,
VICTORIA ISLAND, LAGOS,
NIGERIA



Notify address

MILAN NIGERIA LIMITED,
52A, KOFO ABAYOMI STREET,
VICTORIA ISLAND, LAGOS, NIGERIA

Vessel: M.V.CRUISER

1st ORIGINAL

Port of loading: KAKINADA PORT, INDIA

Port of discharge: TINCAN ISLAND SEA PORT, LAGOS

Shipper's description of goods

Gross weight

1600 BAGS
2 PERCENT OF EMPTY SPARE BAGS SUPPLIED
FREE OF CHARGE

**NET WEIGHT**
0.126 MT

CLEAN ON BOARD

' FREIGHT PAYABLE AS PER CHARTER PARTY '

(of which   NIL   on deck at Shipper's risk, the Carrier not being responsible for loss or damage however arising)

Freight payable as per CHARTER-PARTY dated.............04/08/06

SHIPPED at the port of Loading apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near there to as she may safely get the goods specified above.

FREIGHT ADVANCE
Received on account of freight :

Weight, measure, quality, quantity, conditions, contents and value unknown.

Time used for loading .............. days ................ hours

In witness where of the Master or agent of the said vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

Freight payable at

Place and date of issue
KAKINADA , INDIA   12.08.2006

Number of original Bs/L
3
(THREE)

Signature

Released
by

FOR AND ON BEHALF OF THE MASTER
M.V. CRUISER
CAPT. MOHAMMAD IQBAL
For Interocean Shipping (India) Pvt. Ltd.,

As Agents Only

25