# EXHIBIT "7"

# Marine Mutual Services Nigeria LIMITED



Lloyd's Agents, Lagos

13 Creek Road
P. O. Box 935
Apapa, Lagos
Nigeria
Telephone: 234 1 5870404 - 5872468
Fax: 234 1 5871402
E-mail: mms@liveedelmn-ng.org

The Master
MV "CRUISER"
NPA Berth 2 PHC

December 2006

### Protest Letter

On behalf of our client Messrs Milan (Nigeria) Limited we write to inform you that on completion of discharge in hatches nos. 1, 2, 3, 4, 5, 6 and 7 a total number of 26,000 bags say — (570 Empty) was discharged. Out of these _____ — _____ torn bags, _____ — _____ naked _____ (____) empty bags and _____ Short landed while manifested quantity was _____.

The above short landed quantity include ____ empty bags including 49 Sweepings Bags.

We put this to your notice and on record should there be any future claim arising as a result of the above damage and short landed bags of rice.

Yours faithfully,

For *Marine Mutual Services (Nig) Limited*

Remarks: All bags discharge as per Manifest. All holds are empty. Vessel not responsible for any short landing. Torn bags were due to rough handling by Stevedores. Signed without prejudice to master protest letter.

CC: Milan (Nigeria) Limited
    Sundersons
    Inters



45