# EXHIBIT

## "8"

----- Original Message -----
From: "UNIVERSAL NAVIGATION" <uniops@singnet.com.sg>
Date: 11-12-06, Time: 20:57:51
Subject: Fw: cruiser - claim

REF: 115974J-OPS 11-12-06/20:57:51
UNIVERSAL NAVIGATION PTE LTD
3, SHENTON WAY,  11-04, SHENTON HOUSE, SINGAPORE 068805.
TEL:65-63241466 FAX:65-63236062 TLX:24974 UNINGN RS
E-MAIL: UNIOPS@SINGNET.COM.SG
--------------------------------------------------------

george/zm

I have some comments:

The shortage as per owns tally is nil, considering declared qty was
22,900.
It means that actual shortage out of b/l qty 23,000mt is 100mt
only.

The question of 'disappearance' of bags should be answered by them
instead of
asking owners. They knew its short loaded and that is why they
asked to
declare less. It was not agents, but chrtrs man Mr Danish who asked
and
also guaranteed supdt. Capt Abidi that he will not claim shortage
upto 100mt.

11/12/2006