# EXHIBIT "B"

[UNIVERSAL6]
To: "Abacus Shipping (Ops) Ltd" <operations@abacusshipping.com>
Cc: "CAPT ABIDI" <atherabidi7@yahoo.com>
Subject: CRUISER / SUNDERSONS - CLAIM
Sent: 06-12-2006 15:05:36

```
REF: 115478J-OPS 06-12-06/15:05:36
UNIVERSAL NAVIGATION PTE LTD
3, SHENTON WAY, 11-04, SHENTON HOUSE, SINGAPORE 068805.
TEL:65-63241466 FAX:65-63236062 TLX:24974 UNINGN RS
E-MAIL: UNIOPS@SINGNET.COM.SG
------------------------------------------------------------

CRUISER / SUNDERSON CP 22-8-2006

OWNERS NOTED CHRTRS MESSAGES REGARDING DAMAGE CLAIMS AT LAGOS AND PORT
HARCOURT.

1) PLS NOTE THAT AS PER CP:
```

Clause 54

Additional clause to apply for Yemen and Nigeria:

In the event of any alleged cargo claims/shortages Charterers/ Receivers are to accept Owners' Pandi Club Letter of Guarantee/ bond only. No cash settlement to be allowed whatsoever. Owners Pandi Club is South of England.

If vessel is not released then immediately vessel goes on detention at USD 12,000 per day pro rata plus costs of bunkers consumed and any other directly related costs until vessel is released.

```
OWNERS ARE ARRANGING THE P&I GURANTEE LETTER ACCORDINGLY AND ANY ATTEMPT TO
ARREST THE VESSEL OR OTHERWISE TO DETAIN WILL RESULT WITH ABOVE AGREED PENALTY.

2) AS PER C/P 48

CHRTRS ARE TO PAY 100% FREIGHT AND LOADPORT DEMURRAGE WITHIN 3 BANKING DAYS.

VESSEL COMPLETED LOADING ON 12/9 WHILE FREIGHT WAS PAID ON 5/10 THAT IS LATE BY
3 ( ) KS. THAT CAUSED ENOUGH DAMAGE TO OWNERS AND THEY WERE EXPOSED TO VARIOUS
SUPPLIERS AND VENDORS.

THE DEMURRAGE AMOUNT OF USD 58,215.21 HAS NOT BEEN UNTIL TODAY.

OWNERS SUPDT CAPT. ABIDI IS ON THE SPOT AND OWNERS ARE PREPARED TO SETTLE AT
LUMPSUM USD 40,000
OR OTHERWISE OWNERS CAN SEND THE P&I GIRANTEE LETTER.

PLS URGENTLY CONFIRM.

RGDS
UNIOPS
```

----- Original Message -----
From: "Abacus Shipping (Ops) Ltd" <operations@abacusshipping.com>
Date: 06-12-06, Time: 00:44:30
Subject: RE: 051206-GP00000118

ABACUS SHIPPING LTD

19:19:40                                        Page 1 of 2

```
9 RITZ PARADE, WESTERN AVENUE, HANGER LANE, LONDON W5 3 RA
TEL:  +44 2088 10 6194, FAX: +44 2089 97 6606
E-MAIL:  CHARTERING@ABACUSSHIPPING.COM,  OPERATIONS@ABACUSSHIPPING.COM
=====================================================================
```

tt / Kostas

ef: MV Cruiser / Sundersons  -- CPDD 04.08.06

ollowing received from charterers:

+++ Q U O T E ++++

uote to owners

There is an actual short landing of 187.65 mt over MV Cruiser

o claims are being exaggerated.

you should know that we are not in the claim business and we cant
e money over the claims. These claims are on actual basis and the
ettlement does not take out our 100% loss, i.e. we are still in loss
ven after the settlement of claim.

he Vessel would be under arrest and we would look forward for an early
ayment of claim.

lease also note, when the vessel is responsible for the cargo after
ssuing the B/L, then the vessel should deliver total quantity to the
eceiver.

f you are thinking u will not do business because of your own fault,
hen it is not reasonable. However, it is always up to you.

nquote

egards

U N Q U O T E +++++

.RGDS

.A

