```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 12/21/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRUISER SHIPPING PTE LTD. and UNIVERSAL
NAVIGATION PTE LTD.,

                Plaintiffs,      07 Civ. 4036 (JGK)

      - against -          ORDER

SUNDERSONS LTD., MILAN NIGERIA LTD.,
SIMRAN MEHER LTD. AND VALECHHA HOLDINGS
LIMTED,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the hearing held on December 21, 2007, the defendant's application for countersecurity is **granted**. The plaintiff is directed to provide countersecurity in the form of a letter of guaranty as provided in the Charter Agreement.

SO ORDERED.

Dated:   New York, New York
          December 21, 2007

                                        John G. Koeltl
                                     United States District Judge